UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO.  12-60309
                                                                      Judge : Gonzalez
                                                                      Magistrate Judge Snow

Plaintiff,
vs.

FLORIENCE TOUSSAINT

Defendant.
_____/

## UNOPPOSED MOTION TO WITHDRAW
## PETITION FOR WRIT OF ERROR CORAM NOBIS

     COMES NOW the Petitioner/Defendant, Florence Toussaint, by and through her undersigned counsel, and moves this court to enter an order permitting Florence Toussaint  to withdraw the instant petition for writ of error coram nobis relief, as she been released from immigration deportation custody on humanitarian grounds by the Department of Homeland Security to care for her son Conrad Deslandes who suffers from a debilitating congenital illness that immigration determined required the  full time care by the mother. Said motion is unopposed by AUSA Thomas Lanigan.

     **WHEREFORE,** the Petitioner respectfully requests that this Honorable Court issue an order permitting her to withdraw the Petition For Writ of Error Coram Nobis for the reason  set forth here and above.

1

Respectfully submitted,

LAW OFFICE OF JOEL ROBRISH
Suite 800
848 Brickell Avenue
Miami, Fl. 33131

BY:    JoelRobrish
        JOEL ROBRISH

## CERTIFICATE OF SERVICE

**I HEREBY** CERTIFY that on this 26th day of October 2012, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

BY:   Joel Robrish, Esq      .
       JOEL ROBRISH
       FLORIDA BAR: 120625