UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60309-CIV-GONZALEZ

UNITED STATES OF AMERICA

vs.

FLORENCE TOUSSAINT,

    Movant.
_____/

### ORDER ON MOTION (DE 13) TO WITHDRAW PETITION FOR WRIT OF ERROR CORAM NOBIS

**THIS CAUSE** has come before the court upon the Motion (DE 13) to Withdraw Petition for Writ of Error Coram Nobis filed by petitioner Florence Toussaint. The court having considered the motion and being duly advised that the motion is unopposed, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE 13) to Withdraw Petition for Writ of Error Coram Nobis be and the same is **GRANTED**. This cause shall stand **DISMISSED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29TH day of October, 2012.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE